United States District Court
Southern District of Texas
ENTERED
November 24, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TEISHA LASHAY GAMBLE,<br>*Plaintiff,*<br><br>V.<br><br>GLORIA E. LOPEZ, JUDGE, 308TH JUDICIAL DISTRICT COURT, ET AL.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26cv04146 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 10, 2026 (Dkt. 19) and objections thereto (Dkt. 21), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants Judge Angela Graves-Harrington and Judge Gloria E. Lopez' Motion to Dismiss (Dkt. 14) and Defendant Judge Yahaira Quezada's Motion to Dismiss (Dkt. 15) are **GRANTED** and this case is **DISMISSED WITH PREJUDICE** as to each of these Judges.

**SIGNED** at Houston, Texas this 24th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE